# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| HEADWATER RESEARCH LLC, *Plaintiff*, v. CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, ET AL., *Defendants*. | § § § § § § § § § | CASE NO. 2:25-CV-00391-JRG-RSP (Lead Case) |
| HEADWATER RESEARCH LLC, *Plaintiff*, v. T-MOBILE USA, INC., ET AL., *Defendants*. | § § § § § § § § § | CASE NO. 2:25-CV-00359-JRG-RSP (Member Case) |
| HEADWATER RESEARCH LLC, *Plaintiff*, v. AT&T SERVICES, INC., ET AL., *Defendants*. | § § § § § § § § § | CASE NO. 2:25-CV-00428-JRG-RSP (Member Case) |

## ORDER

Before the Court is the Joint Stipulation of Dismissal Pursuant to Rule 41(a)(1)(A)(ii) (the "Stipulation") filed by Headwater Research LLC ("Plaintiff") and Cellco Partnership d/b/a Verizon Wireless, Verizon Corporate Services Group, Inc., T-Mobile USA, Inc., Sprint Corp., AT&T Services, Inc., AT&T Mobility, LLC, and AT&T Enterprises, LLC (collectively, "Defendants"). (Dkt. No. 47.) In the Stipulation, the parties represent that the above-captioned cases have been resolved and request dismissal of the above-captioned actions WITHOUT prejudice. (*Id*. at 2.)

Having considered the Stipulation, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims and causes of action asserted between Plaintiff and Defendants in the above-captioned cases are **DISMISSED WITHOUT PREJUDICE**. All pending requests for relief in the above-captioned cases not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** all the above-captioned cases.

**So ORDERED and SIGNED this 29th day of September, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE